### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DETRIC WILSON**                                                                               **PLAINTIFF**
**ADC #103473**

**v.**                                          **Case No: 4:25-cv-00547-LPR**

**DEXTER PAYNE,** *Director, ADC*
**and ROSELYN R. SMITH,**
*Inmate Records, ADC*                                                                  **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that all claims in this case are hereby DISMISSED without prejudice.  The Court

certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment

or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 6th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE